
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TONY EDWARDS | § | Case No. 10-12280 |
| CARMEN EDWARDS | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Gregg Szilagyi_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-12280 CAD Judge: Carol A. Doyle | Trustee Name: Gregg Szilagyi |
| Case Name: | TONY EDWARDS<br>CARMEN EDWARDS | Date Filed (f) or Converted (c): 03/22/10 (f)<br>341(a) Meeting Date: 05/10/10 |
| For Period Ending: 11/02/11 | | Claims Bar Date: 08/12/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1 | 4244 Drexel Blvd. Chicago, IL 60653 - (Debtors primary resid | 300,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | checking account with - Citibank | 2,200.00 | 2,200.00 | DA | 0.00 | 2,200.00 |
| 3 | checking account with - Think Mutual Bank | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 4 | Household goods; TV, DVD player, TV stand, stereo, sofa, vac | 4,000.00 | 4,000.00 | DA | 0.00 | 4,000.00 |
| 5 | Books, Compact Discs, Tapes/Records, Family Pictures | 200.00 | 200.00 | DA | 0.00 | 200.00 |
| 6 | Necessary wearing apparel. | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 7 | Earrings, watch, costume jewelry, wedding rings | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 8 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Educational IRA | 16,000.00 | 16,000.00 | DA | 0.00 | 16,000.00 |
| 11 | Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Pension w/ Employer/Former Employer - 100% Exempt. | 430,000.00 | 430,000.00 | DA | 0.00 | 430,000.00 |
| 13 | Pension w/ Employer/Former Employer - 100% Exempt. | 10,000.00 | 10,000.00 | DA | 0.00 | 10,000.00 |
| 14 | IBM stock | 40,000.00 | 40,000.00 | | 45,434.45 | FA |
| 15 | Rodney Weary owes debtors $28,000 as a result of a judgment | 28,000.00 | 28,000.00 | DA | 0.00 | 28,000.00 |
| 16 | 2000 Lexus LS 400 with over 85,000 miles | 6,500.00 | 6,500.00 | DA | 0.00 | 6,500.00 |
| 17 | American Honda Finance - 2006 Honda Civic. Co-signer drives | 8,000.00 | 8,000.00 | DA | 0.00 | 8,000.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.74 | Unknown |
| | TOTALS (Excluding Unknown Values) | $846,000.00 | $546,000.00 | | $45,447.19 | Gross Value of Remaining Assets<br>$506,000.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-12280   CAD   Judge: Carol A. Doyle | Trustee Name: Gregg Szilagyi |
| Case Name: | TONY EDWARDS | Date Filed (f) or Converted (c): 03/22/10 (f) |
| | CARMEN EDWARDS | 341(a) Meeting Date: 05/10/10 |
| For Period Ending: 11/02/11 | | Claims Bar Date: 08/12/10 |

Initial Projected Date of Final Report (TFR):   12/31/10      Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-12280
Case Name: TONY EDWARDS
CARMEN EDWARDS
Taxpayer ID No: XX-XXX4917
For Period Ending: 11/02/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2118 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/24/10 | 14 | Morgan Stanley | proceeds of liquidation of IBM stock | 1129-000 | 45,434.45 | | 45,434.45 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.18 | | 45,434.63 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.12 | | 45,435.75 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.15 | | 45,436.90 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.17 | | 45,438.07 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.12 | | 45,439.19 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.15 | | 45,440.34 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.13 | | 45,441.47 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.16 | | 45,442.63 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.16 | | 45,443.79 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.35 | | 45,444.14 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,444.53 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,444.90 |
| 05/17/11 | | Transfer to Acct#XXXXXX9253 | Transfer of Funds | 9999-000 | | 53.00 | 45,391.90 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,392.29 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,392.66 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.38 | | 45,393.04 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,393.43 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,393.80 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,394.19 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 57.83 | 45,336.36 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 45,447.19 | 110.83 | 45,336.36 |
| Less: Bank Transfers/CD's | 0.00 | 53.00 | |
| Subtotal | 45,447.19 | 57.83 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 45,447.19 | 57.83 | |

| Page Subtotals | 45,447.19 | 110.83 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 10-12280
Case Name: TONY EDWARDS
              CARMEN EDWARDS
Taxpayer ID No: XX-XXX4917
For Period Ending: 11/02/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9253 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/11 | | Transfer from Acct#XXXXXX2118 | Transfer of Funds | 9999-000 | 53.00 | | 53.00 |
| 05/17/11 | 001001 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19009 SPRINGFIELD, ILLINOIS 62794-9009 | 2010 IL 1040 | 2820-000 | | 53.00 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 53.00 | 53.00 | 0.00 |
| Less: Bank Transfers/CD's | 53.00 | 0.00 | |
| Subtotal | 0.00 | 53.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 53.00 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX2118 | 45,447.19 | 57.83 | 45,336.36 |
| CHECKING ACCOUNT - XXXXXX9253 | 0.00 | 53.00 | 0.00 |
| | 45,447.19 | 110.83 | 45,336.36 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 45,447.19
Total Gross Receipts: 45,447.19

Page Subtotals        53.00        53.00

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-12280
Debtor Name: EDWARDS, TONY
Claims Bar Date: 08/12/10

Date: November 2, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $5,294.72 | $5,294.72 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | Administrative | | $0.00 | $1,035.00 | $1,035.00 |
| 100 3420 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHICAGO, IL 60601<br>ATTN: LOIS WEST | Administrative | | $0.00 | $0.00 | $0.00 |
| 4 280 5800 | IRS Priority Debt<br>Attn: Bankruptcy Dept.<br>Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $40,776.00 | $40,776.00 |
| 11 280 5800 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $7,939.71 | $7,939.71 |
| 1 300 7100 | Think Mutul Bank<br>Pob 7194<br>Rochester MN 55903 | Unsecured | | $0.00 | $100.25 | $100.25 |
| 2 300 7100 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $3,770.13 | $3,770.13 |
| 3 300 7100 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $4,219.83 | $4,219.83 |
| 5 300 7100 | JPMorgan Chase Bank, NA<br>c/o Law Office of Douglas R Johnson<br>321 N. Clark St., 5th Floor<br>Chicago, IL 60654 | Unsecured | | $0.00 | $92,827.93 | $92,827.93 |
| 6 300 7100 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $12.26 | $12.26 |
| 7 300 7100 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $21,562.53 | $21,562.53 |
| 8 300 7100 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $1,156.85 | $1,156.85 |
| 9 300 7100 | C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Unsecured | | $0.00 | $150,358.63 | $150,358.63 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-12280  
Debtor Name: EDWARDS, TONY  
Claims Bar Date: 08/12/10  

Date: November 2, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10<br>300<br>7100 | Toyota Motor Credit Corporation<br>5005 North River Blvd., N.E.<br>Cedar Rapids, IA 52411-6634 | Unsecured | | $0.00 | $25,366.88 | $25,366.88 |
| 11<br>300<br>7100 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $2,319.68 | $2,319.68 |
| | Case Totals | | | $0.00 | $356,740.40 | $356,740.40 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-12280
Case Name: TONY EDWARDS
              CARMEN EDWARDS
Trustee Name: Gregg Szilagyi

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | IRS Priority Debt | $ | $ | $ |
| 11 | Illinois Department of Revenue | $ | $ | $ |

      Total to be paid to priority creditors      $_____

      Remaining Balance      $_____

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Think Mutul Bank | $ | $ | $ |
| 2 | Chase Bank USA NA | $ | $ | $ |
| 3 | Chase Bank USA, N.A. | $ | $ | $ |
| 5 | JPMorgan Chase Bank, NA | $ | $ | $ |
| 6 | American Express Centurion Bank | $ | $ | $ |
| 7 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 8 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 9 | C/O SALLIE MAE, Inc. | $ | $ | $ |
| 10 | Toyota Motor Credit Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE