## UNITED STATES BANKRUPTCY COURT
### NORTHERN  **DISTRICT OF**  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TONY EDWARDS | § | Case No. 10-12280 |
| CARMEN EDWARDS | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/12/2012 in Courtroom 742,

United States Courthouse
219 S. DEARBORN ST. CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/22/2011            By: Gregg Szilagyi
                                            Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TONY EDWARDS | § | Case No. 10-12280 |
| CARMEN EDWARDS | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,447.19 |
| and approved disbursements of | $ | 110.83 |
| leaving a balance on hand of[1] | $ | 45,336.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $        5,294.72 | $             0.00 | $        5,294.72 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $        1,035.00 | $             0.00 | $        1,035.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,329.72 |
| Remaining Balance | $ | 39,006.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 48,715.71  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | IRS Priority Debt | $        40,776.00 | $           0.00 | $        32,649.32 |
| 11 | Illinois Department of Revenue | $         7,939.71 | $           0.00 | $         6,357.32 |

Total to be paid to priority creditors      $          39,006.64

Remaining Balance      $               0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 301,694.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Think Mutul Bank | $          100.25 | $           0.00 | $           0.00 |
| 2 | Chase Bank USA NA | $        3,770.13 | $           0.00 | $           0.00 |
| 3 | Chase Bank USA, N.A. | $        4,219.83 | $           0.00 | $           0.00 |
| 5 | JPMorgan Chase Bank, NA | $       92,827.93 | $           0.00 | $           0.00 |
| 6 | American Express Centurion Bank | $           12.26 | $           0.00 | $           0.00 |
| 7 | Fia Card Services, NA/Bank of America | $       21,562.53 | $           0.00 | $           0.00 |
| 8 | Fia Card Services, NA/Bank of America | $        1,156.85 | $           0.00 | $           0.00 |
| 9 | C/O SALLIE MAE, Inc. | $      150,358.63 | $           0.00 | $           0.00 |
| 10 | Toyota Motor Credit Corporation | $       25,366.88 | $           0.00 | $           0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Illinois Department of Revenue | $ 2,319.68 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                    $_____ 0.00

Remaining Balance                                                                              $_____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: Gregg Szilagyi_____

Trustee


*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-12280-CAD
Tony Edwards                                                        Chapter 7
Carmen Edwards
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dgomez          Page 1 of 3          Date Rcvd: Nov 28, 2011
                              Form ID: pdf006        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2011.
db/jdb      +Tony Edwards,   Carmen Edwards,   4244 S Drexel Blvd,   Chicago, IL 60653-2930
15293476    +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
15768984     American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15980304    +C/O SALLIE MAE, Inc.,   220 LASLEY AVE.,   WILKES BARRE, PA 18706-1496
15293481    +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
15293484    +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
15293485    +Chase,   Bankruptcy Department,   201 North Central Ave,   Floor 17,   Phoenix, AZ 85004-1000
15642444     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
15655578     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15293487    +Clerk, First Mun Div,   Doc # 10 L 002192,   50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
15293489     Dell Financial Services,   Bankruptcy Department,   12334 N IH 35,   Austin, TX 78753
15293486    +Douglas Richard Johnson,   321 N Clark St,   5th Floor,   Chicago, IL 60654-4769
15293477    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15293478    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15293480    +FIA CSNA,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
15293488    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court:  IRS Priority Debt,   Attn: Bankruptcy Dept.,   Box 21126,
             Philadelphia, PA 19114)
17384686     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
15759537    +JPMorgan Chase Bank, NA,   c/o Law Office of Douglas R Johnson,   321 N. Clark St., 5th Floor,
             Chicago, IL 60654-4769
15293470    +Jennifer Edwards,   5357 Burcham,   East Lansing MI 48823-6905
16686766    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit Corporation,   5005 North River Blvd., N.E.,
             Cedar Rapids, IA 52411-6634)
15293475    +Think Mutual BANK,   Attn: Bankruptcy Dept.,   5200 Members Pkwy Nw,   Rochester, MN 55901-8381
15622623    +Think Mutul Bank,   Pob 7194,   Rochester MN 55903-7194
15293479    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15293469     E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 29 2011 03:14:17     American Honda Finance,
             Attn: Bankruptcy Dept.,   2170 Point Blvd Ste 100,   Elgin, IL 60123
15945410     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2011 04:30:55
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
15293471    +E-mail/PDF: pa_dc_claims@salliemae.com Nov 29 2011 04:36:09     Sallie MAE,
             Attn: Bankruptcy Dept.,   11100 Usa Pkwy,   Fishers, IN 46037-9203
                                                                                      TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15293482*   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
15293468*   +CitiMortgage Inc.,   Attn: Bankruptcy Dept.,   Po Box 9438,   Gaithersburg, MD 20898-9438
15293472*   +Sallie MAE,   Attn: Bankruptcy Dept.,   11100 Usa Pkwy,   Fishers, IN 46037-9203
15293473*   +Sallie MAE,   Attn: Bankruptcy Dept.,   11100 Usa Pkwy,   Fishers, IN 46037-9203
15293474*   +Sallie MAE,   Attn: Bankruptcy Dept.,   11100 Usa Pkwy,   Fishers, IN 46037-9203
15293483    ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
15293467    ##+Citimortgage INC,   Attn: Bankruptcy Dept.,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                           TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: dgomez          Page 2 of 3          Date Rcvd: Nov 28, 2011
                             Form ID: pdf006        Total Noticed: 26

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**                          **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez            Page 3 of 3          Date Rcvd: Nov 28, 2011
                              Form ID: pdf006         Total Noticed: 26


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2011 at the address(es) listed below:
          Gregg  Szilagyi   gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Jonathan D Parker    on behalf of Debtor Tony Edwards ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy R Yueill   on behalf of Creditor  CitiMortgage, Inc. timothyy@nevellaw.com
                                                                              TOTAL: 4
```