# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
TONY EDWARDS § Case No. 10-12280
CARMEN EDWARDS §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Gregg Szilagyi_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Adjustment Debit | | | | | |
| Bank of America | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | IRS Priority Debt | | | | | |
| 11 | Illinois Department of Revenue | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | American Express Centurion Bank | | | | | |
| 9 | C/O SALLIE MAE, Inc. | | | | | |
| 2 | Chase Bank USA NA | | | | | |
| 3 | Chase Bank USA, N.A. | | | | | |
| 7 | Fia Card Services, NA/Bank of America | | | | | |
| 8 | Fia Card Services, NA/Bank of America | | | | | |
| 11 | Illinois Department of Revenue | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | JPMorgan Chase Bank, NA | | | | | |
| 1 | Think Mutul Bank | | | | | |
| 10 | Toyota Motor Credit Corporation | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-12280 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|
| Case Name: | TONY EDWARDS | | | | Date Filed (f) or Converted (c): | 03/22/10 (f) |
| | CARMEN EDWARDS | | | | 341(a) Meeting Date: | 05/10/10 |
| For Period Ending: 05/01/13 | | | | | Claims Bar Date: | 08/12/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4244 Drexel Blvd. Chicago, IL 60653 - (Debtors primary resid | 300,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | checking account with - Citibank | 2,200.00 | 2,200.00 | | 0.00 | 2,200.00 |
| 3 | checking account with - Think Mutual Bank | 100.00 | 100.00 | | 0.00 | 100.00 |
| 4 | Household goods; TV, DVD player, TV stand, stereo, sofa, vac | 4,000.00 | 4,000.00 | | 0.00 | 4,000.00 |
| 5 | Books, Compact Discs, Tapes/Records, Family Pictures | 200.00 | 200.00 | | 0.00 | 200.00 |
| 6 | Necessary wearing apparel. | 500.00 | 500.00 | | 0.00 | 500.00 |
| 7 | Earrings, watch, costume jewelry, wedding rings | 500.00 | 500.00 | | 0.00 | 500.00 |
| 8 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Educational IRA | 16,000.00 | 16,000.00 | | 0.00 | 16,000.00 |
| 11 | Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Pension w/ Employer/Former Employer - 100% Exempt. | 430,000.00 | 430,000.00 | | 0.00 | 430,000.00 |
| 13 | Pension w/ Employer/Former Employer - 100% Exempt. | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 14 | IBM stock | 40,000.00 | 40,000.00 | | 45,434.45 | FA |
| 15 | Rodney Weary owes debtors $28,000 as a result of a judgment | 28,000.00 | 28,000.00 | | 0.00 | 28,000.00 |
| 16 | 2000 Lexus LS 400 with over 85,000 miles | 6,500.00 | 6,500.00 | | 0.00 | 6,500.00 |
| 17 | American Honda Finance - 2006 Honda Civic. Co-signer drives | 8,000.00 | 8,000.00 | | 0.00 | 8,000.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.64 | Unknown |

TOTALS (Excluding Unknown Values) $846,000.00 $546,000.00 $45,448.09

Gross Value of Remaining Assets $506,000.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 10-12280 CAD Judge: Carol A. Doyle | Trustee Name: | Gregg Szilagyi |
| Case Name: TONY EDWARDS | Date Filed (f) or Converted (c): | 03/22/10 (f) |
| CARMEN EDWARDS | 341(a) Meeting Date: | 05/10/10 |
| For Period Ending: 05/01/13 | Claims Bar Date: | 08/12/10 |

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-12280
Case Name: TONY EDWARDS
 CARMEN EDWARDS
Taxpayer ID No: XX-XXX4917
For Period Ending: 05/01/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2118 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/24/10 | 14 | Morgan Stanley | proceeds of liquidation of IBM stock | 1129-000 | 45,434.45 | | 45,434.45 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.18 | | 45,434.63 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.12 | | 45,435.75 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.15 | | 45,436.90 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.17 | | 45,438.07 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.12 | | 45,439.19 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.15 | | 45,440.34 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.13 | | 45,441.47 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.16 | | 45,442.63 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.16 | | 45,443.79 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.35 | | 45,444.14 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,444.53 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,444.90 |
| 05/17/11 | | Transfer to Acct#XXXXXX9253 | Transfer of Funds | 9999-000 | | 53.00 | 45,391.90 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,392.29 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,392.66 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.38 | | 45,393.04 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,393.43 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,393.80 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,394.19 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 57.83 | 45,336.36 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,336.73 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.38 | | 45,337.11 |
| 01/16/12 | INT | Bank of America | Interest | 1270-000 | 0.15 | | 45,337.26 |
| 01/16/12 | | Transfer to Acct#XXXXXX9253 | Transfer of Funds | 9999-000 | | 45,337.26 | 0.00 |

Page Subtotals 45,448.09 45,448.09

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-12280  
Case Name: TONY EDWARDS  
CARMEN EDWARDS  
Taxpayer ID No: XX-XXX4917  
For Period Ending: 05/01/13  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX2118 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | COLUMN TOTALS | | 45,448.09 | 45,448.09 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 45,390.26 | |
| | | | Subtotal | | 45,448.09 | 57.83 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 45,448.09 | 57.83 | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-12280
Case Name: TONY EDWARDS
          CARMEN EDWARDS
Taxpayer ID No: XX-XXX4917
For Period Ending: 05/01/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9253 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/11 | | Transfer from Acct#XXXXXX2118 | Transfer of Funds | 9999-000 | 53.00 | | 53.00 |
| 05/17/11 | 001001 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19009<br>SPRINGFIELD, ILLINOIS 62794-9009 | 2010 IL 1040 | 2820-000 | | 53.00 | 0.00 |
| 01/16/12 | | Transfer from Acct#XXXXXX2118 | Transfer of Funds | 9999-000 | 45,337.26 | | 45,337.26 |
| 01/16/12 | 001002 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 1,035.00 | 44,302.26 |
| 01/16/12 | 001003 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 5,294.79 | 39,007.47 |
| 01/16/12 | 001004 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | (Final distribution to Claim 11, representing a Payment of 80.07% per court order.) | 5800-000 | | 6,357.43 | 32,650.04 |
| 01/16/12 | 001005 | IRS Priority Debt<br>Attn: Bankruptcy Dept.<br>Box 21126<br>Philadelphia, PA 19114 | (Final distribution to Claim 4, representing a Payment of 80.07% per court order.) | 5800-000 | | 32,649.89 | 0.15 |
| 08/29/12 | | Adjustment Debit | | 2500-000 | | 0.15 | 0.00 |

|  |  | COLUMN TOTALS | 45,390.26 | 45,390.26 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 45,390.26 | 0.00 | |
|  |  | Subtotal | 0.00 | 45,390.26 | |
|  |  | Less: Payments to Debtors | 0.00 | 0.00 | |
|  |  | Net | 0.00 | 45,390.26 | |

|  |  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  |  | Page Subtotals | 45,390.26 | 45,390.26 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 10-12280
Case Name: TONY EDWARDS
CARMEN EDWARDS
Taxpayer ID No: XX-XXX4917
For Period Ending: 05/01/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9253 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | MONEY MARKET ACCOUNT - XXXXXX2118 | | | 45,448.09 | 57.83 | 0.00 |
| | | CHECKING ACCOUNT - XXXXXX9253 | | | 0.00 | 45,390.26 | 0.00 |

Total Allocation Receipts: 0.00
Total Net Deposits: 45,448.09
Total Gross Receipts: 45,448.09

45,448.09     45,448.09     0.00
===============  ===============  ==========
(Excludes account transfers)  (Excludes payments to debtors)  Total Funds on Hand

Page Subtotals     0.00     0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*